# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

CHRISTIAN RODRIGUEZ,

               Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

               Defendant.

_____/

CASE NO. 1:12-cv-00526-SMS

ORDER GRANTING PLAINTIFF'S
MOTION TO PROCEED *IN FORMA
PAUPERIS*

(Doc. 4)

      By a motion filed April 5, 2012, Plaintiff Christian Rodriguez seeks to proceed *in forma pauperis*.  Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

      Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

      Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

IT IS SO ORDERED.

**Dated:**   **April 10, 2012**                **/s/ Sandra M. Snyder**
                                        UNITED STATES MAGISTRATE JUDGE