BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Chief Counsel, Region IX,
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

| | |
|---|---|
| Christian Rodriguez,<br><br>    Plaintiff,<br><br>        v.<br>Michael J. Astrue,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 12-CV-00526-SMS<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO FILE THE RESPONSIVE BRIEF** |

1

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 30-day extension of time, up to March 8, 2013, to file a responsive brief. This extension is requested because the parties need more time to explore the possibility of a settlement.

                                            Respectfully submitted,

/s/ Steven Gilbert Rosales *
STEVEN GILBERT ROSALES
Plaintiff's Attorney
* by Armand Roth by authorization of 1/25/13

BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
Social Security Administration

Dated: January 29, 2013        /s/ Armand D. Roth
                                        ARMAND D. ROTH)
                                        Special Assistant U.S. Attorney

                                        Attorneys for Defendant

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

IT IS SO ORDERED.

   Dated:   **January 30, 2013**                    **/s/ Sandra M. Snyder**
                                                              UNITED STATES MAGISTRATE JUDGE