BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX,
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

| | |
|---|---|
| Christian Rodriguez,<br><br>    Plaintiff,<br><br>    v.<br><br>Carolyn W. Colvin,<br>Acting Commissioner of Social Security, [1]<br><br>    Defendant. | No. 12-CV-00526-SMS<br><br>**STIPULATION AND ORDER FOR SENTENCE FOUR REMAND** |

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.

1

The parties have agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  Upon remand, the ALJ will be directed to obtain supplemental vocational testimony expert testimony to determine the effects of Plaintiff's limitations on his ability to perform work that exists in significant numbers in the national economy.

Respectfully submitted on March 6, 2013,

/s/ Steven Gilbert Rosales *
STEVEN GILBERT ROSALES
Attorney for Plaintiff

By Armand Roth by email authorization

BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX,
Social Security Administration
By: /s/ Armand Roth
Special Assistant United States Attorney

ORDER

IT IS SO ORDERED.

DATED:  3/6/ 2013          /s/ SANDRA M. SNYDER
                                   UNITED STATES MAGISTRATE JUDGE