Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Christian Rodriguez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN RODRIGUEZ, ) | Case No.: 12-CV-00526-SMS |
| ) | |
| Plaintiff, ) | ORDER AWARDING EQUAL |
| ) | ACCESS TO JUSTICE ACT |
| vs. ) | ATTORNEY FEES AND EXPENSES |
| ) | PURSUANT TO 28 U.S.C. § 2412(d) |
| CAROLYN W. COLVIN,[1] Acting ) | AND COSTS PURSUANT TO 28 |
| Commissioner of Social Security, ) | U.S.C. § 1920 |
| ) | |
| Defendant ) | |
| ) | |
| _____ ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses filed on 5/21/2013 as document [24]:

_____

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting Commissioner as the Commissioner.

IT IS ORDERED that fees and expenses in the amount of $3,800.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE:  5/22/2013          /s/ SANDRA M. SNYDER
                          THE HONORABLE SANDRA M. SNYDER
                          UNITED STATES MAGISTRATE JUDGE